# SPECTOR GADON & ROSEN, P.C.

ATTORNEYS AT LAW

NEW JERSEY OFFICE:
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
[856] 778-8100

NEW YORK OFFICE:
ONE PENN PLAZA
36TH FLOOR
NEW YORK, NY 10119
[212] 786-7394

E-MAIL
rwolf@lawsgr.com

SEVEN PENN CENTER
1635 MARKET STREET
SEVENTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
[215] 241-8888
FAX: [215] 241-8844
DIRECT FAX: [215] 531-9160
WWW.LAWSGR.COM

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FL 33701
[727] 896-4600
FAX: [727] 896-4604

**Randi A. Wolf\***

DIRECT DIAL NUMBER
[215] 241-8903

*Licensed to Practice in
Pennsylvania and New Jersey*

December 26, 2014

**VIA ECF**
The Honorable William J. Martini, U.S.D.J.
United States District Court for the
District of New Jersey
Martin Luther King Courthouse & U.S. Post Office
50 Walnut Street
Newark, NJ 07101

  Re: <u>Sincerrae Ross v. CACH, LLC, et al.</u>
     <u>Civil Action No. 14-cv-6321-WJM-MF</u>

    **Motion Presently Returnable: January 5, 2015**

Dear Judge Martini:

  I represent Defendants CACH, LLC, CACH of NJ, LLC and Angelica Martinez in the above captioned action. On behalf of these Defendants, I filed a Motion to Compel Arbitration and Stay or Dismiss the within action, which Motion is presently returnable on January 5, 2015.

  I write now to request an adjournment of the pending Motion to the next motion date, January 20, 2015. I make this request in order to have sufficient time to prepare a reply to Plaintiff's Opposition, in light of the very short business week created by the Christmas Eve and Christmas Day Holidays.

  I requested my adversaries' consent to this adjournment. However, I have not yet received any response and I suspect that counsels' offices may be closed. I greatly appreciate the

2009576-1

**Spector Gadon & Rosen, P.C.**
    ATTORNEYS AT LAW

December 26, 2014
Page -2-

Court's consideration.

                Respectfully submitted,

                **SPECTOR GADON & ROSEN, P.C.**

                */s/ Randi A. Wolf*
                _____
                **RANDI A. WOLF**

RAW/jg
cc:    Andrew R. Wolf, Esquire
        Christopher J. McGinn, Esquire

2009576-1